KIMBERLY A. SANCHEZ
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Aug 04, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>JUAN LOPEZ-PEREZ,<br><br>  Defendant. | CASE NO. 5:25-MJ-00049-CDB<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to Defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: __**August 4, 2025**__        _____
                           UNITED STATES MAGISTRATE JUDGE